United States District Court
Southern District of Texas
**ENTERED**
December 21, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DALE VAUGHN, on behalf of himself and on behalf of all others similarly situated, § § § Plaintiff, § VS. § WINGO SERVICE COMPANY, INC., § § Defendant. § | CIVIL ACTION NO. 4:20-CV-03915 |

## FINAL JUDGMENT

Final Judgment is entered in favor of Plaintiff Dale Vaughn. The Court hereby awards Plaintiff Dale Vaughn the amount of $39,153 in actual damages and $39,153 in liquidated damages against Defendant Wingo Service Company, Inc., for a total damage award against Wingo Service Company, Inc. of $78,306.

Signed at Houston, Texas, this 21st day of December, 2022.

Andrew S. Hanen
United States District Judge