# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DALE VAUGHN, on behalf of himself and on behalf of all others similarly situated, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 4:20-cv-03915 |
| WINGO SERVICE COMPANY, INC., | § § § | |
| *Defendant*. | § § | |

**DECLARATION OF BEATRIZ SOSA-MORRIS**

The Undersigned declares as follows:

1. My name is Beatriz Sosa-Morris. I am over the age of twenty-one years, of sound mind, and competent to make this affidavit. I swear under penalty of perjury that the facts stated within this declaration are within my personal knowledge and are true and correct.

2. I am a founding partner of Sosa-Morris Neuman, PLLC. I have been licensed for over eleven years. I am an attorney in good standing admitted to practice in the State of Texas and in the State of Georgia. Additionally, I am admitted into the following federal courts: Fifth Circuit Court of Appeals, Southern District of Texas, Western District of Texas, Eastern District of Texas, Northern District of Texas, and the District of Colorado. In my career, I have also been admitted *pro hac vice* in numerous other federal districts including the Eastern District of Louisiana, Western District of Louisiana, the District of Arizona, Western District of Oklahoma, Southern District of Florida and other courts.

3. Throughout my career, I have litigated many aspects of Fair Labor Standards Act ("FLSA"), including but not limited to, misclassification issues, exemptions, waivers, arbitration agreements, class waivers, representative discovery, overtime calculations, tip credit, good faith, willfulness, fluctuating workweeks, Motor Carrier Act, Equal Pay Act, and FLSA damages. I have represented employees in FLSA matters for over nine years. I have settled millions of dollars in FLSA claims both on an individual basis and on behalf of a class and collective. I have presented oral argument before the Fifth Circuit on novel FLSA exemption issues. I have also prevailed on numerous issues including but not limited to:

conditional certification motions, on issues of representative discovery, on the application of exemptions, in misclassification cases, in off the clock claims, on FLSA waivers, in tip credit application cases, on good faith defenses, and on willfulness. I have deposed numerous corporate representatives pursuant to Fed. R. Civ. P. 30(b)6, presented numerous FLSA settlements for approval, prevailed in invalidating a class waiver, and prevailed in opposing motions to compel arbitration. Moreover, I have also litigated FLSA cases in arbitration before the AAA, JAMS, and with private arbitrators. I have also assisted clients with their charges filed with the National Labor Relations Board ("NLRB") regarding class waivers.

4. Altogether, the legal practice of the attorneys at Sosa-Morris Neuman, PLLC for the last five plus years has been at least 80% FLSA litigation and most of that has involved cases litigated on a collective basis brought in district courts across the country. My firm has recovered millions in unpaid wages for thousands of workers across the country.

5. Sosa-Morris Neuman, PLLC keeps contemporaneous records of the time attorneys work on cases. Our fees are attached as Exhibit 1. It is my professional opinion that the work performed and the rates charged were reasonable considering the venue of this case and the issues involved. The total attorneys' fees incurred in this litigation to date are $168,750.

6. Prior to filing the Complaint, myself, and my law partner John Neuman spent hours interviewing the Plaintiff, researching the Defendant, investigating the veracity of Plaintiff's allegations, reviewing documents provided by Plaintiff, researching the law as it applies to Defendant's compensation system, reviewing PACER filings for any prior cases against Defendant or its management, and drafting the complaint. This is the first time Sosa-Morris Neuman, PLLC has represented Mr. Dale Vaughn or sued Defendant Wingo Service Company, Inc.

7. The costs incurred in this litigation were reasonable and necessary. Those costs include the $400 filing fee issued to the clerk at the beginning of this case, $1,617.90 for the deposition of Mr. Wingo, and $715 in copying and printing expenses. Throughout the court of this litigation, Plaintiff's counsel was required to print approximately 3600 pages, primarily constituting the exhibit binders for trial and Plaintiff's pay and time records when our staff was tasked with data entry for the damage model. Based on my research, $.20 per page is a reasonable reimbursement for black and white printing. *See Canion v. United States*, No. EP-03-CA-0347-FM, 2005 U.S. Dist. LEXIS 21265, 2005 WL 2216881, at *4 (W.D. Tex. Sept. 9, 2005); *see also Zenith Elect. Corp. v. WH-TV Broad. Corp.*, No. 01 C 4366, 2004 U.S. Dist. LEXIS 13657, 2004 WL 1631676, at *4

    (N.D. Ill. July 19, 2004) (finding copy rate of $ 0.20 reasonable).  The filing fee is reflected on the docket sheet.  The bill for the deposition transcript is attached as Exhibit 2.

8. As shown in Exhibit 1, Sosa-Morris Neuman spent over 350 hours litigating this matter. Please note that this accounting of time does not include time not yet incurred for further briefing, attendance at hearings or any other anticipated work performed in this matter. In addition to the hours described above.  Exhibit 1 also does not capture the entirety of billable time my firm required to resolve this case.  It omits a number of interoffice conference and tasks that I judged to be clerical in nature.  I approximate the omitted time to be 20 hours.  Moreover, we used billing judgment to delete 5 hours of attorney time due to their duplicate nature.

9. The hourly rates and fees charged by myself and my law partner, John Neuman are more than reasonable for FLSA counsel.  Attorney time on this case was billed at $500 an hour.  In my professional opinion, the time and billing submissions compiled in this case are reasonable, necessary, and reflect the use of billing discretion.  Additionally, the hourly rates are commensurate with the lawyers' levels of experience.  I further suggest that the hourly rates used are consistent with the "Laffey Matrix" used by many district courts to assess the reasonableness of attorneys' fees.  *See* [www.laffeymatrix.com/see.html (billing rate of $672 for an 8 to 10 year lawyer)](www.laffeymatrix.com/see.html).  This hourly rate is also supported by the Nation Law Journal's survey, which places partner billing rates at a $655 per hour average.

10. The rate of $500 per hour is well within the range approved by other courts in this district, as the following cases demonstrate:

- *Valdepena v. Nuestro Sagardo Corazon Primary Home CARE Inc.*, No. 5:19-CV-94, 2022 U.S. Dist. LEXIS 192863, at *5-6 (S.D. Tex. Sep. 15, 2022) (approving rates of $500 per hour)

- *Carranza v. Cirlos*, No. 2:18-cv-419, 2020 U.S. Dist. LEXIS 147902, at *2-3 (S.D. Tex. May 11, 2020) ($500 hourly rate is reasonable)

- *Novick v. Shipcom Wireless, Inc.,* No. 4:16-CV-00730, 2018 U.S. Dist. LEXIS 198446, at *7 (S.D. Tex. Nov. 21, 2018) (approving a $500 hourly rate for work on an FLSA case)

- *Rouse v. Target Corp.,* 181 F. Supp. 3d 379, 385 (S.D. Tex. 2016) (finding that "500 per hour is a reasonable hourly rate" for work on an FLSA case).

- *In re Wells Fargo Wage and Hour Employment Practices Litigation (No. III),* Case No. 4:11-md-2266 [Docs. 233-4, 239] (approving a $550 hourly rate)

- *Vela v. M&G USA Corporation*, 2020 U.S. Dist. LEXIS 12649, at *4 (S.D. Tex. Jan. 27, 2020) (approving rates of both $450 and $500 an hour for wage and hour matter)

- *Miller v. Raytheon Co.,* 716 F.3d 138, 149 (5th Cir. 2013) (upholding that "hourly rates of $577.50, $542.50, and $280 were reasonable, customary rates" in an ADEA case)

11. My firm cannot accept every case that is offered to it due to limited resources. We have rejected cases due to our current case load. Currently, we have over forty cases in various stages of litigation. Therefore, because my firm worked on this case on a contingency basis, we were not able to work on other cases or take on some cases. My firm incurred a risk of not being paid at all on this case.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Signed on January 4, 2023**

   */s/Beatriz Sosa-Morris*
Beatriz Sosa-Morris

# Exhibit 1

|    | Date       | Time | Biller | Rate      | Total        | Description |
|----|------------|------|--------|-----------|--------------|-------------|
| 1  | 10/29/2020 | ~~1.9~~ | ~~Clerk~~ | ~~$ 75.00~~ | ~~$ 142.50~~ | ~~Reviewed Vaughn's timesheets and checks to reconcile logged hours with spreadsheet. Prepared notes as to how overtime was misclassified in timesheets and/or checks~~ |
| 2  | 10/30/2020 | ~~1.5~~ | ~~Clerk~~ | ~~$ 75.00~~ | ~~$ 112.50~~ | ~~Continued reviewing timesheets and checks, and generated notes for how overtime was misclassified, as well as any other discrepancies~~ |
| 3  | 11/2/2020  | ~~1.2~~ | ~~Clerk~~ | ~~$ 75.00~~ | ~~$ 90.00~~  | ~~Continued placing notes in spreadsheet based on Vaughn's timesheets, checks, and notes. Began calculating missing overtime~~ |
| 4  | 11/3/2020  | ~~1.5~~ | ~~Clerk~~ | ~~$ 75.00~~ | ~~$ 112.50~~ | ~~Continued calculating overtime and inputting relevant notes to spreadsheet~~ |
| 5  | 11/4/2020  | ~~0.7~~ | ~~Clerk~~ | ~~$ 75.00~~ | ~~$ 52.50~~  | ~~Entered information for double time and calculated overtime for those timesheets with double time and corresponding checks~~ |
| 6  | 11/5/2020  | ~~1~~   | ~~Clerk~~ | ~~$ 75.00~~ | ~~$ 75.00~~  | ~~Calculated overtime owed for pay periods without checks, based on extrapolation~~ |
| 7  | 11/9/2020  | ~~0.5~~ | ~~Clerk~~ | ~~$ 75.00~~ | ~~$ 37.50~~  | ~~Finished calculating overtime owed for pay periods without checks, based on extrapolation. Reviewed work~~ |
| 8  | 11/13/2020 | 1.3  | BSM    | $ 500.00  | $ 650.00     | Intake call with PC, research company |
| 9  | 11/16/2020 | 1.8  | BSM    | $ 500.00  | $ 900.00     | Review Vaughns records, damage calculation provided by IS |
| 10 | 11/17/2020 | 0.5  | BSM    | $ 500.00  | $ 250.00     | review case file; emailed client re: case specifics, case status |
| 11 | 11/17/2020 | 1    | BSM    | $ 500.00  | $ 500.00     | Review complaint |
| 12 | 11/17/2020 | 2.5  | JN     | $ 500.00  | $ 1,250.00   | Draft complaint, coversheet, summons, file |
| 13 | 11/18/2020 | 0.3  | JN     | $ 500.00  | $ 150.00     | Send summons to server, calendar deadlines on order for conf |
| 14 | 11/19/2020 | 0.7  | JN     | $ 500.00  | $ 350.00     | Draft and file NOA/COIP |
| 15 | 11/20/2020 | 0.5  | JN     | $ 500.00  | $ 250.00     | TC with Vaughn re status, need for records |
| 16 | 11/20/2020 | 1    | BSM    | $ 500.00  | $ 500.00     | sent Client Defendant's answer, gave client case update; reviewed file for supporting documents needed (.3) |
| 17 | 11/23/2020 | 0.3  | JN     | $ 500.00  | $ 150.00     | Review and receipt of summons, calendar answer deadline |
| 18 | 12/11/2020 | 0.4  | JN     | $ 500.00  | $ 200.00     | Review answer, research defendant's counsel |
| 19 | 12/11/2020 | 0.5  | BSM    | $ 500.00  | $ 250.00     | review Answer to Complaint; review firm representing Defendant |
| 20 | ~~12/11/2020~~ | ~~0.5~~ | ~~BSM~~ | $ 500.00 | ~~$ 250.00~~ | ~~met with JN re: case strategy, reviewed Defendant's answer~~ |
| 21 | 1/8/2021   | 1.5  | BSM    | $ 500.00  | $ 750.00     | Call with Vaughn re disclosures, draft disclosures |
| 22 | 1/11/2021  | 2.3  | JN     | $ 500.00  | $ 1,150.00   | Revise FLSA disclsoures, compile Vaughn 1-182 for production |
| 23 | 1/14/2021  | 3    | JN     | $ 500.00  | $ 1,500.00   | Review records produced by Wingo with disclosures |
| 24 | 1/18/2021  | 3.2  | BSM    | $ 500.00  | $ 1,600.00   | Create damage model using Wingo's records |
| 25 | 3/10/2021  | 0.2  | BSM    | $ 500.00  | $ 100.00     | sent email to opposing counsel with a draft Joint discovery case management plan |
| 26 | 3/10/2021  | 1    | BSM    | $ 500.00  | $ 500.00     | review case file; reviewed disclosure documents; |
| 27 | 3/10/2021  | 1    | JN     | $ 500.00  | $ 500.00     | Draft JDCMP |
| 28 | 3/11/2021  | 0.1  | BSM    | $ 500.00  | $ 50.00      | emailed opposing counsel re: setting up Joint conference call |
| 29 | 3/12/2021  | 0.2  | BSM    | $ 500.00  | $ 100.00     | call with opposing counsel re: case management plan |

| | Date | Time | Biller | Rate | Total | Description |
|---|---|---|---|---|---|---|
| 30 | 3/12/2021 | 0.5 | BSM | $ 500.00 | $ 250.00 | reviewed case; edited JDCMP; sent email to opposing counsel re: edit. |
| 31 | 3/25/2021 | 0.1 | BSM | $ 500.00 | $ 50.00 | emailed discovery request to defendant |
| 32 | 3/25/2021 | 0.5 | JN | $ 500.00 | $ 250.00 | Review discovery to Wingo |
| 33 | 3/25/2021 | 2.8 | BSM | $ 500.00 | $ 1,400.00 | Draft ROGS, RFPs, RFAs to Wingo |
| 34 | 4/2/2021 | 0.3 | BSM | $ 500.00 | $ 150.00 | call with Vaughn re update on case |
| 35 | ~~4/26/2021~~ | ~~0.1~~ | ~~BSM~~ | $ 500.00 | ~~$ 50.00~~ | ~~signed and returned R. 11 agreement~~ |
| 36 | 4/26/2021 | 1 | BSM | $ 500.00 | $ 500.00 | review case file (.3); spoke to client re: discovery answers needed |
| 37 | 4/26/2021 | 1 | JN | $ 500.00 | $ 500.00 | Review Wingo's discovery responses |
| 38 | ~~4/27/2021~~ | ~~0.3~~ | ~~BSM~~ | $ 500.00 | ~~$ 150.00~~ | ~~edited and emailed to opposing counsel Proposed stipulation for Protective Order~~ |
| 39 | 4/27/2021 | 1 | BSM | $ 500.00 | $ 500.00 | review defendant's paystubs; created excel format to input data |
| 40 | 4/27/2021 | 1.5 | BSM | $ 500.00 | $ 750.00 | review file (1.2) and drafted discovery to be sent to Defendant's (P's second set of ROGS); emailed to defendants (.1). |
| 41 | ~~4/28/2021~~ | ~~0.1~~ | ~~BSM~~ | $ 500.00 | ~~$ 50.00~~ | ~~sent email to opposing counsel with interrogatories in word doc per their request~~ |
| 42 | 4/28/2021 | 0.2 | BSM | $ 500.00 | $ 100.00 | email correspondence with client re: evidence; bonuses received |
| 43 | 4/28/2021 | 1 | BSM | $ 500.00 | $ 500.00 | review pay records, documents, and other evidence regarding pay and hours worked |
| 44 | 4/30/2021 | 0.4 | BSM | $ 500.00 | $ 200.00 | review Protective order (.2); sent email response to defendant |
| 45 | 4/30/2021 | 4 | BSM | $ 500.00 | $ 2,000.00 | Format damage model, draft demand letter |
| 46 | 5/3/2021 | 1 | JN | $ 500.00 | $ 500.00 | Revise demand letter; review damage model |
| 47 | 5/4/2021 | 1.9 | JN | $ 500.00 | $ 950.00 | Review additional documents produced by Wingo |
| 48 | 5/10/2021 | 0.2 | BSM | $ 500.00 | $ 100.00 | email correspondence with client re: case status and discovery responses |
| 49 | 5/11/2021 | 0.3 | JN | $ 500.00 | $ 150.00 | status call with Vaughn |
| 50 | 5/28/2021 | 0.2 | BSM | $ 500.00 | $ 100.00 | reviewed D's Objections to P's second set of Rogs |
| 51 | 7/13/2021 | 0.8 | JN | $ 500.00 | $ 400.00 | Draft corporate rep depo notice |
| 52 | 7/14/2021 | 0.3 | BSM | $ 500.00 | $ 150.00 | Revise Rule 30(b)(6) notice |
| 53 | 7/22/2021 | 0.7 | JN | $ 500.00 | $ 350.00 | Draft expert disclosures |
| 54 | 8/27/2021 | 7 | JN | $ 500.00 | $ 3,500.00 | Prepare for corporate rep depo |
| 55 | 10/7/2021 | 3 | JN | $ 500.00 | $ 1,500.00 | Prepare for Client's depo |
| 56 | 10/8/2021 | 0.5 | BSM | $ 500.00 | $ 250.00 | discussed corp. rep. depo with JN |
| 57 | 10/8/2021 | 5.5 | JN | $ 500.00 | $ 2,750.00 | Prepare for corporate rep depo |
| 58 | 10/10/2021 | 1 | BSM | $ 500.00 | $ 500.00 | review Helix opinion; discussed with JN |
| 59 | 10/12/2021 | 0.1 | JN | $ 500.00 | $ 50.00 | receive email cancelling client Vaughn's depo |
| 60 | 10/12/2021 | 9 | JN | $ 500.00 | $ 4,500.00 | continue depo prep, take corp rep depo |
| 61 | 10/19/2021 | 0.5 | BSM | $ 500.00 | $ 250.00 | review/revise demand letter |
| 62 | 10/19/2021 | 2 | JN | $ 500.00 | $ 1,000.00 | Draft second demand letter |
| 63 | 12/9/2021 | 3.2 | JN | $ 500.00 | $ 1,600.00 | Review deposition of Wingo |

|    | Date       | Time | Biller | Rate      | Total      | Description |
|----|------------|------|--------|-----------|------------|-------------|
| 64 | 12/15/2021 | 5    | JN     | $ 500.00  | $ 2,500.00 | Draft MSJ |
| 65 | 12/16/2021 | 3.5  |        | $ 400.00  | $ 1,400.00 | legal research on exemptions applicable to this case |
| 66 | 12/30/2021 | 8    | JN     | $ 500.00  | $ 4,000.00 | Cont. work on MSJ |
| 67 | 12/31/2021 | 6    | JN     | $ 500.00  | $ 3,000.00 | Continue work on MSJ |
| 68 | 1/3/2022   | 5.5  | BSM    | $ 500.00  | $ 2,750.00 | review/edit MSJ |
| 69 | 1/3/2022   | 8.2  | JN     | $ 500.00  | $ 4,100.00 | Finalize and file MSJ |
| 70 | 1/25/2022  | 2.4  | JN     | $ 500.00  | $ 1,200.00 | Review MSJ response, read cases cited by Defendant |
| 71 | 1/27/2022  | 4    | BSM    | $ 500.00  | $ 2,000.00 | review/edit MSJ reply |
| 72 | 1/27/2022  | 6    | JN     | $ 500.00  | $ 3,000.00 | Draft MSJ reply |
| 73 | 1/28/2022  | 4.5  | JN     | $ 500.00  | $ 2,250.00 | Revise and file MSJ reply |
| 74 | ~~5/16/2022~~ | ~~0.1~~ | ~~BSM~~ | $ 500.00 | ~~$ 50.00~~ | **~~review notice of setting status conference~~** |
| 75 | ~~5/23/2022~~ | ~~0.1~~ | ~~BSM~~ | $ 500.00 | ~~$ 50.00~~ | **~~review zoom invite for status conference~~** |
| 76 | 5/23/2022  | 4.5  | JN     | $ 500.00  | $ 2,250.00 | Review MSJ filings for status conference; prepared to argue motion |
| 77 | 5/24/2022  | 1    | JN     | $ 500.00  | $ 500.00   | prepared for and attended status conference |
| 78 | ~~5/25/2022~~ | ~~0.5~~ | ~~BSM~~ | $ 500.00 | ~~$ 250.00~~ | **~~review order for mediation; spoke to JN re: case status~~** |
| 79 | ~~5/27/2022~~ | ~~0.1~~ | ~~BSM~~ | $ 500.00 | ~~$ 50.00~~ | **~~review order setting mediation~~** |
| 80 | 6/1/2022   | 5    | JN     | $ 500.00  | $ 2,500.00 | Update damage model, create week by week ratio calculations |
| 81 | 6/2/2022   | 3    | JN     | $ 500.00  | $ 1,500.00 | Prep for and attend Premediation meeting |
| 82 | ~~6/8/2022~~ | ~~0.1~~ | ~~BSM~~ | $ 500.00 | ~~$ 50.00~~ | **~~review notice of cancelling mediation~~** |
| 83 | ~~6/10/2022~~ | ~~0.1~~ | ~~BSM~~ | $ 500.00 | ~~$ 50.00~~ | **~~review notice of setting mediation~~** |
| 84 | 6/14/2022  | 2    | JN     | $ 500.00  | $ 1,000.00 | prepared for mediation |
| 85 | 6/16/2022  | 5    | JN     | $ 500.00  | $ 2,500.00 | mediation |
| 86 | ~~6/21/2022~~ | ~~0.1~~ | ~~BSM~~ | $ 500.00 | ~~$ 50.00~~ | **~~review emails from opposing counsel to judge re: cost of mediation~~** |
| 87 | 6/23/2022  | 2    | BSM    | $ 500.00  | $ 1,000.00 | review/revise/draft Joint pretrial order draft |
| 88 | 6/28/2022  | 2    | BSM    | $ 500.00  | $ 1,000.00 | review/edit/draft jury instructions and vd questions draft |
| 89 | ~~6/29/2022~~ | ~~0.2~~ | ~~BSM~~ | $ 500.00 | ~~$ 100.00~~ | **~~review order setting conferences and calendared~~** |
| 90 | 8/5/2022   | 0.5  | BSM    | $ 500.00  | $ 250.00   | review order granting MSJ |
| 91 | ~~8/5/2022~~ | ~~0.5~~ | ~~JN~~ | $ 500.00 | ~~$ 250.00~~ | **~~review order granting MSJ~~** |
| 92 | 8/8/2022   | 0.1  | JN     | $ 500.00  | $ 50.00    | emailed opposing counsel re: setting up a call re: settlement |
| 93 | 8/8/2022   | 0.2  | BSM    | $ 500.00  | $ 100.00   | review case file/ met with JN re: case status |
| 94 | 8/29/2022  | 0.1  | JN     | $ 500.00  | $ 50.00    | emailed opposing counsel re: setting up a call re: case |
| 95 | 9/7/2022   | 0.2  | BSM    | $ 500.00  | $ 100.00   | review case file/ met with JN re: case status |
| 96 | 9/7/2022   | 0.2  | JN     | $ 500.00  | $ 100.00   | discussed with BSM call with opposing counsel re: settlement |
| 97 | ~~9/15/2022~~ | ~~0.1~~ | ~~BSM~~ | $ 500.00 | ~~$ 50.00~~ | **~~review order adopting RR~~** |
| 98 | 9/15/2022  | 1    | BSM    | $ 500.00  | $ 500.00   | review case file (.3); review order from Court granting summary Judgement (.1); spoke with JN re case file and settlement possibility |
| 99 | 9/22/2022  | 8    | JN     | $ 500.00  | $ 4,000.00 | draft P's proposed jury chrage, P's witness list, P's exhibit list, P's proposed VD questions, pretrial order, extensive review of file |

| | Date | Time | Biller | Rate | Total | Description |
|---|---|---|---|---|---|---|
| 100 | 9/26/2022 | 1 | BSM | $ 500.00 | $ 500.00 | review/edit Joint Pretiral Order |
| 101 | 9/26/2022 | 3 | JN | $ 500.00 | $ 1,500.00 | draft/edit Joint pretrial order; review case and MSJ order for stipulations |
| 102 | 9/27/2022 | 0.2 | JN | $ 500.00 | $ 100.00 | sent email to opposing counsel re: joint pretrial and bench trial |
| 103 | 9/27/2022 | 1 | BSM | $ 500.00 | $ 500.00 | review/ edit Joint pretrial order |
| 104 | 9/28/2022 | 3 | BSM | $ 500.00 | $ 1,500.00 | review/revised P's proposed jury charge, P's witness list, P's exhibit list |
| 105 | 9/29/2022 | 0.5 | JN | $ 500.00 | $ 250.00 | review Joint pretrial Order and emailed opposing counsel re: concerns |
| 106 | 9/30/2022 | 0.5 | BSM | $ 500.00 | $ 250.00 | call with defense counsel re: joint pretrial order |
| 107 | 9/30/2022 | 0.5 | JN | $ 500.00 | $ 250.00 | call with defense counsel re: joint pretrial order |
| 108 | 9/30/2022 | 1 | BSM | $ 500.00 | $ 500.00 | review/edit Joint Pretiral Order and edits from opposing counsel |
| 109 | 9/30/2022 | 1 | JN | $ 500.00 | $ 500.00 | review/edit Joint Pretiral Order; emailed opposing counsel the edits |
| 110 | 9/30/2022 | 3 | JN | $ 500.00 | $ 1,500.00 | review/edit Motion in Liminie.  Review case law re: weekly review of the FLSA, and credits to overtime wages |
| 111 | 9/30/2022 | 4 | BSM | $ 500.00 | $ 2,000.00 | review/edit Motion in Liminie.  Review case law re: weekly review of the FLSA, and credits to overtime wages |
| 112 | 10/7/2022 | 0.1 | BSM | $ 500.00 | $ 50.00 | reviewed defense counsel's pretrial disclosures. |
| 113 | 10/7/2022 | 0.4 | JN | $ 500.00 | $ 200.00 | draft P's pretrial disclosures; sent to dendants |
| 114 | 10/11/2022 | 0.1 | JN | $ 500.00 | $ 50.00 | emailed opposing counsel re: bench trial |
| 115 | 10/11/2022 | 0.2 | BSM | $ 500.00 | $ 100.00 | met with JN re: case status, bench trial selection, |
| 116 | 10/18/2022 | 0.1 | BSM | $ 500.00 | $ 50.00 | emailed opposing counsel re: errors found in their damage model |
| 117 | 10/18/2022 | 1 | BSM | $ 500.00 | $ 500.00 | met with JN re: damage model, case strategy |
| 118 | 10/18/2022 | 3 | BSM | $ 500.00 | $ 1,500.00 | reviewed and compared Plaintiff and Defendant's damage model; reviewed corresponding time sheets |
| 119 | ~~10/24/2022~~ | ~~0.2~~ | ~~BSM~~ | $ 500.00 | ~~$ 100.00~~ | ~~review case file and upcoming deadlines in the case~~ |
| 120 | 10/25/2022 | 0.1 | JN | $ 500.00 | $ 50.00 | draft and file Notice of Non-opposition |
| 121 | ~~10/25/2022~~ | ~~0.1~~ | ~~BSM~~ | $ 500.00 | ~~$ 50.00~~ | ~~emailed opposing counsel and set up phone call re: damage model, exhibits, and bench trial~~ |
| 122 | 10/26/2022 | 0.1 | JN | $ 500.00 | $ 50.00 | email with opposing counsel re: if they are agreeable to our exhibits |
| 123 | 10/26/2022 | 0.1 | BSM | $ 500.00 | $ 50.00 | reviewed emails from court and opposing counsel re: exhibits and pre-trial hearing Monday |
| 124 | 10/26/2022 | 0.1 | BSM | $ 500.00 | $ 50.00 | draft Proposed Order for Mtn. in Limine |
| 125 | 10/26/2022 | 0.3 | BSM | $ 500.00 | $ 150.00 | call with Defense counsel regarding exhbits, damage model, and bench trial possibility |
| 126 | 10/26/2022 | 0.3 | JN | $ 500.00 | $ 150.00 | call with Defense counsel regarding exhbits, damage model, and bench trial possibility |
| 127 | 10/26/2022 | 1 | BSM | $ 500.00 | $ 500.00 | meeting with JN re case strategy, jury trial, voir dire, and pre-trial hearing prep. |
| 128 | 10/26/2022 | 1 | JN | $ 500.00 | $ 500.00 | meeting with BSM re case strategy, jury trial, voir dire, and pre-trial hearing prep. |
| 129 | 10/27/2022 | 0.1 | BSM | $ 500.00 | $ 50.00 | reviewed fee report |

| | Date | Time | Biller | Rate | Total | Description |
|---|---|---|---|---|---|---|
| 130 | 10/27/2022 | 0.2 | JN | $ 500.00 | $ 100.00 | reviewed email by opposing counsel re: exhibit objections; sent email to opposing counsel re: our position regarding the exhibits |
| 131 | ~~10/27/2022~~ | ~~0.2~~ | ~~JN~~ | $ 500.00 | ~~$ 100.00~~ | ~~review and sent email regarding joint exhibits to opposing counsel~~ |
| 132 | 10/27/2022 | 0.5 | BSM | $ 500.00 | $ 250.00 | Review exhibits that Defendant did not want to include in the Joint exhibit list (.3); discussed with JN (.2) |
| 133 | 10/27/2022 | 2 | BSM | $ 500.00 | $ 1,000.00 | Prepare for trial reviewing case file; reviewed case law regarding willfulness and good faith |
| 134 | 10/28/2022 | 0.1 | JN | $ 500.00 | $ 50.00 | updated opposing counsel re: exhibits sent to courthouse |
| 135 | ~~10/30/2022~~ | ~~0.2~~ | ~~BSM~~ | $ 500.00 | ~~$ 100.00~~ | ~~discussed case with JN re: R&R objections and deadlines regarding MSJ~~ |
| 136 | ~~10/31/2022~~ | ~~0.1~~ | ~~JN~~ | $ 500.00 | ~~$ 50.00~~ | ~~reviewed email from opposing counsel responded by emailing opposing counsel: regarding exhibits~~ |
| 137 | 10/31/2022 | 4 | JN | $ 500.00 | $ 2,000.00 | prep for, travel, to and attend pretrial conference |
| 138 | 11/3/2022 | 4 | BSM | $ 500.00 | $ 2,000.00 | prep for trial including closing power point |
| 139 | 11/3/2022 | 4.4 | JN | $ 500.00 | $ 2,200.00 | draft damages brief on the availbility of set offs |
| 140 | 11/4/2022 | 0.5 | JN | $ 500.00 | $ 250.00 | review D's damage brief |
| 141 | 11/4/2022 | 3 | BSM | $ 500.00 | $ 1,500.00 | review/revise P's damages brief |
| 142 | 11/4/2022 | 3 | JN | $ 500.00 | $ 1,500.00 | meeting with client for trial prep |
| 143 | 11/4/2022 | 3 | BSM | $ 500.00 | $ 1,500.00 | meeting with client for trial prep |
| 144 | 11/4/2022 | 3.5 | BSM | $ 500.00 | $ 1,750.00 | review D's damage calculation brief, pull records for each week they identified; compared two damage briefs line by line |
| 145 | 11/5/2022 | 2 | JN | $ 500.00 | $ 1,000.00 | draft and file trial breif response to D's brief on damages |
| 146 | 11/5/2022 | 4.1 | JN | $ 500.00 | $ 2,050.00 | trial prep, witness outlines, exhibit review, draft opening |
| 147 | 11/6/2022 | 1 | BSM | $ 500.00 | $ 500.00 | Review/revise P's response to D's brief on damages |
| 148 | 11/6/2022 | 5 | JN | $ 500.00 | $ 2,500.00 | trial prep, file review, draft witness outlines |
| 149 | 11/6/2022 | 6.4 | BSM | $ 500.00 | $ 3,200.00 | prepare for trial including reviewing file, communication with client, drafting power point closing |
| 150 | 11/7/2022 | 2 | BSM | $ 500.00 | $ 1,000.00 | Travel to and attend pretrial conference |
| 151 | 11/7/2022 | 2 | JN | $ 500.00 | $ 1,000.00 | pretrial conference, travel and attend |
| 152 | 11/7/2022 | 8 | BSM | $ 500.00 | $ 4,000.00 | trial prep including: draft closing(3), communicating with client (1), reviewing file (2), preparing questions for cross and presenting client (2) |
| 153 | 11/7/2022 | 9 | JN | $ 500.00 | $ 4,500.00 | work on trial prep |
| 154 | 11/8/2022 | 12 | JN | $ 500.00 | $ 6,000.00 | First day of trial (prepared for and attended) |
| 155 | 11/8/2022 | 12 | BSM | $ 500.00 | $ 6,000.00 | perpared for and attend 1st day of Trial, conducted voir dire; met with client |
| 156 | ~~11/9/2022~~ | ~~0.2~~ | ~~JN~~ | $ 500.00 | ~~$ 100.00~~ | ~~receipt and review post trial filings~~ |
| 157 | ~~11/9/2022~~ | ~~0.2~~ | ~~BSM~~ | $ 500.00 | ~~$ 100.00~~ | ~~reviewed jury verdict and jury note, cert. of trial exhibits; misc. filings post trial~~ |
| 158 | 11/9/2022 | 10 | JN | $ 500.00 | $ 5,000.00 | prepared for and attended Trial |

5

| | Date | Time | Biller | Rate | Total | Description |
|---|---|---|---|---|---|---|
| 159 | 11/9/2022 | 10 | BSM | $ 500.00 | $ 5,000.00 | prepared for and attended Trial, crossed witness, closing, argued motion for directed verdict; met with client after verdict (.5) |
| 160 | 11/15/2022 | 0.1 | JN | $ 500.00 | $ 50.00 | emailed opposing counsel re: agreement on pre-liquidated 3 year number of $39,153 |
| 161 | ~~11/16/2022~~ | ~~0.2~~ | ~~BSM~~ | $ 500.00 | ~~$ 100.00~~ | ~~discussed case status with JN~~ |
| 162 | 11/16/2022 | 2 | JN | $ 500.00 | $ 1,000.00 | research for motion for entry of judgment |
| 163 | 11/17/2022 | 0.1 | JN | $ 500.00 | $ 50.00 | emailed opposing counsel to get an agreement on unpaid overtime figures |
| 164 | 11/17/2022 | 2.5 | JN | $ 500.00 | $ 1,250.00 | draft motion for entry of judgment |
| 165 | 11/21/2022 | 0.5 | BSM | $ 500.00 | $ 250.00 | revise/draft motion for entry of judgment |
| 166 | 11/22/2022 | 0.2 | BSM | $ 500.00 | $ 100.00 | discussed case status with JN |
| 167 | 11/23/2022 | 0.2 | BSM | $ 500.00 | $ 100.00 | communicated with client re: case status |
| 168 | 12/6/2022 | 0.2 | BSM | $ 500.00 | $ 100.00 | communicated with client re: case status |
| 169 | ~~12/7/2022~~ | ~~0.1~~ | ~~BSM~~ | $ 500.00 | ~~$ 50.00~~ | ~~reviewed notice of non-opposition~~ |
| 170 | 12/7/2022 | 0.4 | JN | $ 500.00 | $ 200.00 | draft and file Notice of Non-opposition for motion for entry of judgment |
| 171 | 12/7/2022 | 0.5 | BSM | $ 500.00 | $ 250.00 | reviewed D's Motion for Directed Verdict |
| 172 | 12/8/2022 | 0.9 | JN | $ 500.00 | $ 450.00 | receipt and review of d's motion for directed verdict |
| 173 | 12/12/2022 | 2.5 | JN | $ 500.00 | $ 1,250.00 | research and draft response to Rule 50 motion |
| 174 | 12/15/2022 | 3 | JN | $ 500.00 | $ 1,500.00 | draft response to motion for directed verdict |
| 175 | 12/19/2022 | 5.6 | BSM | $ 500.00 | $ 2,800.00 | revise and research for response to D's motion for judgment as a matter of law |
| 176 | 12/20/2022 | 0.2 | BSM | $ 500.00 | $ 100.00 | review response in opposition to entry of judgment filed by Defendants and double checked deadlines |
| 177 | 12/20/2022 | 0.3 | BSM | $ 500.00 | $ 150.00 | reviewed Court's Final Judgment; reviewed order granting Motion for judgment; reviewed order denying motion for directed verdict |
| 178 | 12/20/2022 | 2.5 | JN | $ 500.00 | $ 1,250.00 | revise and edit P's Response in opposition to Directed Verdict pursuant to rules |
| 179 | 12/21/2022 | 0.5 | JN | $ 500.00 | $ 250.00 | review judgment and order denying directed verdict, calender deadline for fees |
| 180 | 12/23/2022 | 0.1 | BSM | $ 500.00 | $ 50.00 | emailed opposing counsel re: payment to Vaughn of his OT award; reviewed response |
| 181 | ~~12/23/2022~~ | ~~0.5~~ | ~~BSM~~ | $ 500.00 | ~~$ 250.00~~ | ~~discussed with JN payment of judgment to Vaughn, timelines for appeals, and timelines for motions for fees~~ |
| 182 | 12/29/2022 | 4.5 | BSM | $ 500.00 | $ 2,250.00 | Draft motion for approval of fees |
| 183 | 12/30/2022 | 3.6 | JN | $ 500.00 | $ 1,800.00 | Revise motion for approval of fees |
| 184 | 1/3/2023 | 0.2 | BSM | $ 500.00 | $ 100.00 | emailed client with update about case |
| 185 | ~~1/3/2023~~ | ~~0.2~~ | ~~BSM~~ | $ 500.00 | ~~$ 100.00~~ | ~~discussed case status with JN~~ |
| 186 | 1/3/2023 | 6.5 | BSM | $ 500.00 | $ 3,250.00 | review and revise Mtn. for approval of fees; including exhibits |
| | Totals | 351.6 | | | $ 171,922.50 | |
| | After Redline | | | | $ 168,750.00 | |

# Exhibit 2

**Veritext, LLC - Texas Region**
Tel. 800.971.1127 Email: billing-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | John Neuman | Invoice #: | 5431103 |
| | Sosa-Morris Neuman | Invoice Date: | 12/3/2021 |
| | 5612 Chaucer Drive | Balance Due: | $1,617.90 |
| | Houston, TX, 77005 | | |

| Case: Vaughn, Dale v. Wingo Service Company, Inc., (4:20cv03915) | Proceeding Type: Depositions |

Job #: 4844103  |  Job Date: 10/12/2021  |  Delivery: Normal

Location:             Houston, TX
Billing Atty:         John Neuman
Scheduling Atty:  John Neuman | Sosa-Morris Neuman

| Witness: Edgar Wingo | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 113.00 | $5.15 | $581.95 |
| Attendance (First Hour) | 1.00 | $150.00 | $150.00 |
| Attendance (Add'l Hours) | 1.75 | $25.00 | $43.75 |
| Exhibits | 44.00 | $0.55 | $24.20 |
| Litigation Package-Secure File Suite | 1.00 | $46.00 | $46.00 |
| Administration Fee | 1.00 | $62.00 | $62.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $45.00 | $45.00 |
| Electronic Delivery and Handling | 1.00 | $25.00 | $25.00 |
|  | Quantity | Price | Amount |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Exhibit Share | 1.00 | $345.00 | $345.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,617.90 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,617.90 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
A/C Name: Veritext
Bank Name: BMO Harris Bank
A/C #: 4353454 ABA: 071000288
SWIFT: HATRUS44
Pay by Credit Card: www.veritext.com

| Invoice #: | 5431103 |
| Invoice Date: | 12/3/2021 |
| Balance Due: | $1,617.90 |

178312