UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DALE VAUGHN, on behalf of himself and on behalf of all others similarly situated, | § § § | |
| *Plaintiff*, | § § | |
| v. | § | CIVIL ACTION NO. 4:20-cv-03915 |
| WINGO SERVICE COMPANY, INC., | § § § | |
| *Defendant*. | § § § | |

## MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiff Dale Vaughn files this Motion for Entry of Final Judgment and would respectfully show the Court the following:

I.

The Parties tried this case to a jury on November 8 and 9, 2022. The jury returned a verdict that Defendant willfully violated the Fair Labor Standards Act (Doc. 51). Following a series of post-trial briefings, the Court entered judgment in favor of Plaintiff Vaughn in the amount of $39,153.00 in unpaid overtime and $39,153.00 in liquidated damages (Doc. 59). The Court later granted Plaintiff's motion for attorneys' fees and costs and awarded $148,830.00 in attorneys' fees and $2,732.90 in court costs (Doc. 63). That same order directed Plaintiff to submit a Proposed Final Judgment.

II.

Plaintiff respectfully requests that the Court enter a Final Judgment on the terms set forth in this motion and on the attached Proposed Final Judgment. Counsel for Plaintiff has sought

approval (in form only) from Defendant's counsel. Defendant's counsel approves the Proposed Final Judgment in form only.

Respectfully submitted,

By: /s/ Beatriz Sosa-Morris
Beatriz-Sosa Morris, Attorney in Charge
SOSA-MORRIS NEUMAN, PLLC
BSosaMorris@smnlawfirm.com
Texas State Bar No. 24076154
5612 Chaucer Drive
Houston, Texas 77005
Telephone: (281) 885-8844
Facsimile: (281) 885-8813

John Neuman
JNeuman@smnlawfirm.com
State Bar No. 24083560
SOSA-MORRIS NEUMAN, PLLC
5612 Chaucer Drive
Houston, Texas 77005
Telephone: (281) 885-8630
Facsimile: (281) 885-8813

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that this motion was filed through the Southern District of Texas CM/ECF system on March 3, 2023 which will serve a copy on all counsel of record by electronic mail.

*/s/ John Neuman*
John Neuman