United States District Court
Southern District of Texas
**ENTERED**
March 06, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DALE VAUGHN, on behalf of himself and on behalf of all others similarly situated, | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:20-cv-03915 |
| WINGO SERVICE COMPANY, INC., | § § § | |
| *Defendant.* | § § | |

## FINAL JUDGMENT

Having found that Defendant Wingo Service Company, Inc. willfully violated the Fair Labor Standards Act, the Court hereby orders that Defendant Wingo Service Company is liable for $39,153.00 in actual damages and $39,153.00 in liquidated damages to Plaintiff Dale Vaughn, and for $149,830.00 in attorney's fees and $2,732.90 in court costs. Post-judgment interest at a rate of 4.97% is to apply to the entire amount of each award from the date of this judgment and will accrue until said judgment is satisfied. All relief not granted herein is denied.

SIGNED at Houston, Texas this 6th day of March, 2023.

Andrew S. Hanen
United States District Judge

Respectfully submitted,

By: /s/ Beatriz Sosa-Morris
Beatriz-Sosa Morris, Attorney in Charge
SOSA-MORRIS NEUMAN, PLLC
BSosaMorris@smnlawfirm.com
Texas State Bar No. 24076154
5612 Chaucer Drive
Houston, Texas 77005
Telephone: (281) 885-8844
Facsimile: (281) 885-8813

John Neuman
JNeuman@smnlawfirm.com
State Bar No. 24083560
SOSA-MORRIS NEUMAN, PLLC
5612 Chaucer Drive
Houston, Texas 77005
Telephone: (281) 885-8630
Facsimile: (281) 885-8813

ATTORNEYS FOR PLAINTIFF

Agreed as to Form Only:

_s/ J. Randal Bays_
J. Randal Bays, Attorney in Charge
randy@baysfirm.com
Texas Bar No.: 01943900
Federal ID No. (SDTX): 13169
The Bays Firm
1503 Hailey Street
Conroe, Texas 77301
Tel: (936) 760-7670
Fax: (936) 760-7671

and

Stephanie L. Bryant, Of Counsel
stephanie@baysfirm.com
State Bar No.: 24109064
Federal ID No. (SDTX): 3412016
The Bays Firm
1503 Hailey Street
Conroe, Texas 77301
Tel: (936) 760-7670
Fax: (936) 760-7671

ATTORNEYS FOR DEFENDANT WINGO SERVICE COMPANY, INC.